ACCEPTED
03-15-00421-CR
7286870
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 11:25:58 AM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-15-00421-CR

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 11:25:58 AM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN DIVISION

_____

| | |
|---|---|
| STANLEY BERNARD ABNEY | § |
| | § |
| v. | § |
| | § |
| THE STATE OF TEXAS | § |

_____

NOTICE OF APPEARANCE AS LEAD APPELLATE COUNSEL

_____

Justin Bradford Smith
Texas Bar No. 24072348
Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email:  justin@templelawoffice.com

ATTORNEY FOR APPELLANT

TO THE HONORABLE COURT OF APPEALS:

1.  The undersigned counsel hereby enters his appearance as lead appellate

counsel for STANLEY BERNARD ABNEY, Appellant.

Respectfully submitted:


/s/ Justin Bradford Smith


Justin Bradford Smith
Texas Bar No. 24072348
Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email:  justin@templelawoffice.com


ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that, on October 8, 2015, a true and correct copy of the Appellee's Motion Notice of Appearance as Lead Appellate Counsel was provided to counsel below via eservice:

Burnet County District Attorney
c/o Gary W. Bunyard
1701E. Polk, Ste 24
Burnet, Texas 78611
Email:  g.bunyard@co.llano.tx.us

/s/ Justin Bradford Smith
Justin Bradford Smith